IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN ANTHONY MOORE,
    Plaintiff,

vs.                                          Case No.: 3:08cv344/MCR/EMT

FEDERAL BUREAU OF PRISONS,
    Defendant.
_____/

## **ORDER**

    Plaintiff, a non-prisoner proceeding pro se, has filed a civil rights complaint pursuant to 28 U.S.C. § 1331 (Doc. 1).  Plaintiff has also submitted an application for leave to proceed in forma pauperis ("IFP") (Doc. 2).

    Plaintiff failed to complete the IFP application in its entirety, specifically, Plaintiff failed to fully complete subsection 1 of Section IV. (Plaintiff failed to provide any information about property he appears to own), and he altogether failed complete subsections 4, 5, and 7 of Section IV. (*see* Doc. 2 at 2–3).  Thus, Plaintiff has failed to show that he is qualified to proceed without prepayment of the filing fee.  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED without prejudice**.

    2.    The clerk shall send Plaintiff a motion to proceed in forma pauperis and a financial affidavit approved for use by non-prisoners in the Northern District of Florida.

   3. Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite affidavit of financial status.

   4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

   **DONE AND ORDERED** this 20th day of August 2008.

            /s/ *Elizabeth M. Timothy*
            **ELIZABETH M. TIMOTHY**
            **UNITED STATES MAGISTRATE JUDGE**