IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN ANTHONY MOORE,
    Plaintiff,

vs.                                       Case No.:  3:08cv344/MCR/EMT

FEDERAL BUREAU OF PRISONS,
    Defendant.
_____/

## O R D E R

       Plaintiff, proceeding pro se, initiated this action by filing a civil rights complaint under 42 U.S.C. § 1331 (Doc. 1).  Plaintiff has also submitted a motion for leave to proceed in forma pauperis (Doc. 6).  Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion.  For example, in Sections III and IV.6 of the affidavit of financial status, Plaintiff indicates that he and his wife are unemployed and that he receives no income from other sources (*id.* at 2, 3).  Additionally, however, Plaintiff states that he makes monthly payments on debts in the amount of $580.00 to $880.00, but he provides no information regarding the source of funds he uses pay these debts.  Thus, Plaintiff has failed to show that he is qualified to proceed without prepayment of the filing fee.

       In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application.  If he chooses to submit a new in forma pauperis application, he should explain in Section IV.7. how he is able to provide for his basic necessities and pay his monthly debts, so the court has sufficient information upon which to consider his eligibility to proceed in forma pauperis.

       Accordingly, it is **ORDERED**:

       1.     Plaintiff's motion for leave to proceed in forma pauperis (Doc. 6) is **DENIED** without prejudice.

2.	The clerk of court is directed to send Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis.  This case number shall be written on the forms.

3.	Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

4.	Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 29th day of August 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**