IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN ANTHONY MOORE,
    Plaintiff,

vs.                                        Case No.: 3:08cv344/MCR/EMT

FEDERAL BUREAU OF PRISONS,
    Defendant.
_____/

## **ORDER**

      Plaintiff, a non-prisoner proceeding pro se, commenced this action by filing a complaint for declaratory relief under 28 U.S.C. §§1331, 2201 (Doc. 1).  Plaintiff also filed a Motion to Proceed in Forma Pauperis (Doc. 8).  Good cause having been shown, leave to proceed in forma pauperis shall be granted.

      Upon review of the complaint, it appears Plaintiff failed to use the court-approved form.  Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a pro-se complaint under 28 U.S.C. § 1331 unless the appropriate complaint form is completed.  Thus, Plaintiff must file his complaint on the court-approved form, even if he wishes to attach separate pages explaining the facts that underlie the complaint.

      If Plaintiff wishes to proceed with this action, he must completely fill out a new complaint form, marking it "**Amended Complaint**."  Plaintiff must limit his allegations to claims related to the same basic incident or issue and name as defendants only those persons who are responsible for the alleged constitutional violations.  Plaintiff must place their names in the style of the case on the first page of the civil rights complaint form, and include their addresses and employment positions in the "Parties" section of the form.  In the statement of facts, Plaintiff should clearly describe how each named defendant is involved in each alleged constitutional violation, alleging the claims as to

each defendant in separately numbered paragraphs and including specific dates and times of the alleged unconstitutional acts.  If Plaintiff cannot state exactly how a particular defendant harmed him, he should delete or drop that person as a defendant from his complaint.  Plaintiff's request for relief should be limited to only that which he could recover if he succeeds on his claims.  Plaintiff is advised that once an amended complaint is filed, all earlier complaints and filings are disregarded.  N.D. Fla. Loc. R. 15.1.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 8) is **GRANTED**.

2. The clerk of court is directed to forward to Plaintiff a complaint form for use by non-prisoners in actions under 28 U.S.C. § 1331.  This case number should be written on the form.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall file an amended complaint, which shall be typed or clearly written, submitted on the court form, and titled "**Amended Complaint**."

4. Plaintiff's failure to file an amended complaint may result in a recommendation that this action be dismissed for failure to comply with a court order.

**DONE AND ORDERED** this 5th day of September 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**