# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEVIN ANTHONY MOORE,
    Plaintiff,

v.        Case No. 3:08cv344/MCR/EMT

HARLEY G. LAPPIN,
Director, Federal Bureau of Prisons,
    Defendant.
                                /

## O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 9, 2009 (Doc. 18). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

       Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2. Plaintiff's constitutional claim brought pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971), is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3.  Plaintiff's claim construed as based on the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.*, is **DISMISSED** for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

**DONE AND ORDERED** this 15th day of October, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**